**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GERARDO PARDO GARCIA, | ) | NO. SA CV 11-1165-ODW(E) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, |
| WILLIAM KNIPP, Warden, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS OF |
| Respondents. | ) | UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that the Petition is denied and dismissed with prejudice.

///
///
///
///

        IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner, and counsel for Respondent.

        LET JUDGMENT BE ENTERED ACCORDINGLY.

        DATED: February 10, 2012.

                                     _____
                                              OTIS D. WRIGHT, II
                                         UNITED STATES DISTRICT JUDGE