|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
GERARDO PARDO GARCIA,         )    NO. SA CV 11-1165-ODW(E)
                              )
          Petitioner,         )
                              )
     v.                       )    JUDGMENT
                              )
WILLIAM KNIPP, Warden, et al.,)
                              )
          Respondents.        )
                              )
_____)
```

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

          DATED: February 10, 2012.

                                        _____
                                            OTIS D. WRIGHT, II
                                        UNITED STATES DISTRICT JUDGE